# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>    Plaintiff,<br><br>    v.<br><br>ZYDUS PHARMACEV, et al.,<br><br>    Defendants. | Case No.: 1:22-cv-0956 JLT BAM (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE |

On October 12, 2022, the Court denied Plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and ordered Plaintiff to pay the filing fee within 21 days. (Doc. 14.) Plaintiff was also warned the action would "be dismissed without further notice" if he failed to pay the filing fee within the specified time. (*Id.* at 2.) Despite this warning, Plaintiff failed to pay the filing fee, and the time to do so has expired. Thus, the Court **ORDERS**:

1. This action is **DISMISSED** without prejudice.
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 22, 2022**

_____
UNITED STATES DISTRICT JUDGE